E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C 08 03002<br><br>DECLARATION IN SUPPORT OF REMOVAL OF CIVIL ACTION BY DEFENDANTS HOMECOMINGS FINANCIAL, LLC PURSUANT TO 28 U.S.C. SECTION 1441<br><br>[FEDERAL QUESTION]<br><br>[Complaint Filed: May 15, 2008] |

1. I am an attorney and an associate of Palmer, Lombardi & Donohue LLP, counsel of record for Defendant Homecomings Financial, LLC ("Homecomings"). I have personal knowledge of the facts set forth herein and, if sworn as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Homecomings' removal of the state court litigation to federal court.

3. On or about May 15, 2008, Plaintiff CARLOS PACHECO ("Pacheco") filed the action entitled *Carlos Pacheco vs. Homecomings Financial, LLC, et al.*, Superior Court of the State of California for the County of Santa Cruz, case no. CV160271 (the "Action") in California state court. Pacheco served Homecomings

1

DECLARATION IN SUPPORT OF REMOVAL

1  on or about May 19, 2008. A true and correct copy of the Summons and Complaint
2  in the Action is attached as Exhibit A. Homecomings has not been served with any
3  other documents. I checked the court's docket on the Santa Cruz County Superior
4  Court website, located on the internet at http://www.santacruzcourt.org/. The
5  court's docket indicated that the only documents that have been filed in the state
6  court action are the Complaint and proofs of service. The court docket reflects that
7  Homecomings was served on May 19, 2008 and MortgageIT, Inc. was served on
8  May 29, 2008.
9      4.   I contacted MortgageIT, Inc. and counsel for MortgageIT, Inc. to
10 discuss removal. I talked with Jennifer McGuinness-Rizzo, an employee for
11 Deustche Bank, MortgageIT, Inc.'s parent. She indicated that MortgageIT, Inc.
12 would agree to removal of this case. I also talked with attorneys Lorenzo E.
13 Gasparetti and Karen Braje of the firm Reed Smith LLP, counsel for MortgageIT,
14 Inc. They both indicated that MortgageIT, Inc. would agree to removal. Ms. Braje
15 signed a Joinder to the removal. A true and correct copy of MortgageIT, Inc.'s
16 Joinder In Notice Of Removal Of Action is attached as Exhibit C.
17     5.   The Action is a civil action of which this Court has original jurisdiction
18 under 28 U.S.C. §1331 and is one which may be removed to this Court by
19 Homecomings pursuant to the provisions of 28 U.S.C. §1441 in that the Action
20 involves a federal question that can be ascertained from the face of Pacheco's
21 complaint. Pacheco, in his sole cause of action, alleges violations of the Truth In
22 Lending Act, 15 U.S.C. §1601. *See* Pacheco's Complaint ¶¶29-38, attached as
23 Exhibit A.
24     6.   Homecomings simultaneously is filing a copy of this Notice of
25 Removal with the Clerk of the Superior Court of the State of California, County of
26 Los Angeles and it will be served on Plaintiff's counsel contemporaneously.
27 ///
28 ///

1  Homecomings will serve Plaintiff with copies of this Notice of Removal and the
2  notice filed in State Court. A true and correct copy of the written notice sent to the
3  Clerk of the Superior Court and Plaintiff is attached as Exhibit B.

5  Executed this 18th day of June, 2008, at Los Angeles, California.
6  I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.

By _____
FREDERICK A. HAYST