1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

7

ORIGINAL FILED
08 JUN 18 AM 11:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10

11  CARLOS PACHECO, an individual,                 Case No. C08 03002 HRL JF
12           Plaintiff,
13       vs.                                        CERTIFICATION OF
                                                    INTERESTED ENTITIES OR
14  HOMECOMINGS FINANCIAL, LLC, a                   PERSONS
    Delaware limited liability company;
15  MORTGAGEIT, INC., a New York                    [Complaint Filed: May 15, 2008]
    corporation; and DOES 1-100, Inclusive,
16
             Defendants.
17
18
19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
21  persons, associations of persons, firms, partnerships, corporations (including parent
22  corporations) or other entities (i) have a financial interest in the subject matter in
23  controversy or in a party to the proceeding, or (ii) have a non-financial interest in
24  that subject matter or in a party that could be substantially affected by the outcome
25  of this proceeding:
26      1.   Homecomings Financial, LLC. Defendant.
27      2.   MortgageIT, Inc. Defendant
28      3.   Residential Funding Company, LLC. Homecomings Financial, LLC is a

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | wholly owned subsidiary of Residential Funding Company, LLC.
2 | 4.  Residential Capital, LLC. Homecomings Financial, LLC is an indirect
3 | subsidiary of Residential Capital, LLC.
4 | 5.  General Motors Corporation. Homecomings Financial, LLC is an indirect
5 | subsidiary of General Motors Corporation, a publicly traded corporation.

DATED: June 18, 2008

By _____
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant HOMECOMINGS
FINANCIAL, LLC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS