1 | E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
2 | Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
3 | PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
4 | Los Angeles, California 90017
Phone: (213) 688-0430
5 | Fax: (213) 688-0440

ORIGINAL FILED

08 JUN 18 AM 11:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6 | Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | CARLOS PACHECO, an individual,                    Case No. C08 03002 JF HRL

12 |            Plaintiff,

13 |    vs.                                             NOTICE OF NOTICE OF
                                                       REMOVAL OF CIVIL ACTION
14 | HOMECOMINGS FINANCIAL, LLC, a                     UNDER 28 U.S.C. SECTION 1441
     Delaware limited liability company;
15 | MORTGAGEIT, INC., a New York                      [FEDERAL QUESTION]
     corporation; and DOES 1-100, Inclusive,
16 |                                                   [Complaint Filed: May 15, 2008]
                 Defendants.
17

18 | _____

19

20 |     TO PLAINTIFF CARLOS PACHECO AND HIS ATTORNEYS OF

21 | RECORD:

22 |     NOTICE IS HEREBY GIVEN that on June 18, 2008, Defendant

23 | HOMECOMINGS FINANCIAL, LLC ("Homecomings"), filed, in the United States

24 | District Court, Northern District of California, a Notice of Removal of the action.

25 | The Notice of Removal was filed pursuant to 28 U.S.C. sections 1331 and 1441.

26 | ///

27 | ///

28 | ///

1
NOTICE OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441

1  NOTICE IS FURTHER GIVEN that on June 18, 2008, Homecomings filed a
2  copy of such Notice of Removal with the Santa Cruz County Superior Court of the
3  State of California.

4  DATED: June 18, 2008

By _____
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant HOMECOMINGS
FINANCIAL, LLC

---

2

NOTICE OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441