```
 1  E. Scott Palmer, Esq., SBN 155376
    Email: spalmer@pldlawyers.com
 2  Frederick A. Haist, Esq., SBN 211322
    Email: fhaist@pldlawyers.com
 3  PALMER, LOMBARDI & DONOHUE LLP
    888 West 6th Street, 12th Floor
 4  Los Angeles, California 90017
    Phone: (213) 688-0430
 5  Fax: (213) 688-0440

 6  Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

 7
```

ORIGINAL FILED
08 JUN 18 AM 11:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. C08 03002 JF |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive, | |
| Defendants. | |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 18, 2008, I served a copy of the Notice to Adverse Party of Removal to Federal Court dated June 18, 2008, on the parties to this action as follows:

///

///

---
1
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1  Daniel J. Mulligan, Esq.
2  Jenkins, Mulligan & Gabriel LLP
3  225 Bush Street, Sixteenth Floor
4  San Francisco, CA 94104
5  Attorneys for Plaintiff Carlos Pacheco
6
7
8  Pamela D. Simmons, Esq.
9  The Law Office of Simmons & Purdy
10 2424 Porter Street, Suite 10
11 Soquel, CA 95073-2454
12 Attorneys for Plaintiff Carlos Pacheco
13
14
15 Karen A. Braje, Esq.
16 Reed Smith LLP
17 2 Embarcadero Center, Suite 2000
18 San Francisco, CA 94111
19 Attorneys for Defendant MortgageIt, Inc.
20
21 **[BY OVERNIGHT DLEIVERY]** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for in accordance with ordinary business practices.

27 ///
28 ///

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2007.

*Alice Ramos*
Alice Ramos