E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive, <br><br> Defendants. | Case No. C08-03002 <br><br> **PROOF OF SERVICE** |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 18, 2008, I served a copy of the following documents:

1. Notice of Removal of Civil Action by Defendant Homecomings Financial, LLC Pursuant to 28 U.S.C. Section 1441 [Federal Question];

---

1

PROOF OF SERVICE

| | |
|---|---|
| 2. | Notice of Notice of Removal of Civil Action Under 28 U.S.C. Section 1441 [Federal Question]; |
| 3. | Declaration in Support of Removal of Civil Action by Defendant Homecomings Financial, LLC Pursuant to 28 U.S.C. Section 1441 [Federal Question]; |
| 4. | Certificate of Interested Entities or Persons; |
| 5. | Civil Case Cover Sheet; |
| 6. | Certificate of Service of Notice to Adverse Party of Removal to Federal Court. |

on the parties to this action as follows:

Daniel J. Mulligan, Esq.
Jenkins, Mulligan & Gabriel LLP
225 Bush Street, Sixteenth Floor
San Francisco, CA 94104
Attorneys for Plaintiff Carlos Pacheco

Pamela D. Simmons, Esq.
The Law Office of Simmons & Purdy
2424 Porter Street, Suite 10
Soquel, CA 95073-2454
Attorneys for Plaintiff Carlos Pacheco

Karen A. Braje, Esq.
Reed Smith LLP
2 Embarcadero Center, Suite 2000
San Francisco, CA 94111
Attorneys for Defendant MortgageIt, Inc.

PROOF OF SERVICE

1  **[BY OVERNIGHT DLEIVERY]** I enclosed the document(s) in an envelope
2  or package provided by an overnight delivery carrier and addressed to the person(s)
3  at the address listed above. I placed the envelope or package for collection and
4  overnight delivery at an office or a regularly utilized drop box of the overnight
5  delivery carrier with delivery fees paid or provided for in accordance with ordinary
6  business practices.

7      I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on June 18, 2007.

*[signature: Alice Ramos]*
Alice Ramos

PROOF OF SERVICE    3