E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>         Plaintiff,<br><br>     vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>         Defendants. | Case No. C 08-03002 JF<br><br>**PROOF OF SERVICE** |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 19, 2008, I deposited in the United States Mail at Los Angeles, California, copies of the following documents:

    1.    Order Setting Initial Case Management Conference and ADR Deadlines;

- 1 -

PROOF OF SERVICE

2. Standing Order Re Pretrial Preparation;

3. Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement;

4. Standing Order Regarding Case Management in Civil Cases;

5. Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California brochure;

6. Proof of Service.

on the parties to this action as follows:

    Daniel J. Mulligan, Esq.
    Jenkins, Mulligan & Gabriel LLP
    225 Bush Street, Sixteenth Floor
    San Francisco, CA 94104
    Attorneys for Plaintiff Carlos Pacheco

    Pamela D. Simmons, Esq.
    The Law Office of Simmons & Purdy
    2424 Porter Street, Suite 10
    Soquel, CA 95073-2454
    Attorneys for Plaintiff Carlos Pacheco

    Karen A. Braje, Esq.
    Reed Smith LLP
    2 Embarcadero Center, Suite 2000
    San Francisco, CA 94111
    Attorneys for Defendant MortgageIt, Inc.

///

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on June 19 2007.

*Alice Ramos*
Alice Ramos

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 3 -
PROOF OF SERVICE