E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C 08-03002 JF<br><br>**SUPPLEMENT TO NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441**<br><br>[FEDERAL QUESTION]<br><br>[Complaint Filed: May 15, 2008] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant HOMECOMINGS FINANCIAL, LLC ("Homecomings") hereby supplements its removal of the action entitled *Carlos Pacheco vs. Homecomings Financial, LLC, et al.*, Superior Court of the State of California for the County of Santa Cruz, case no. CV160271. Attached as Exhibit 1 are true and correct copies of the proofs of service relating to service on Homecomings and Defendant MortgageIT, Inc. These documents were located in the official records of the Superior Court of the State of California for the County of

1

1 Santa Cruz, case no. CV160271 and constitute the remainder of the state court files
2 before removal, as reflected on the court docket available on the internet at
3 http://www.santacruzcourt.org/Case%20Info/disclaimer.htm.  A copy of the docket
4 is attached as Exhibit 2.  Homecomings also provides a corrected civil cover sheet,
5 attached as Exhibit 3, reflecting that Plaintiff Carlos Pacheco's Complaint contains a
6 demand for a jury.
7    Homecomings is serving a copy of this Supplement To Notice Of Removal
8 Of Civil Action Under 28 U.S.C. Section 1441 on counsel for Plaintiff and counsel
9 for Defendant MortgageIT, Inc.

11 DATED:  June  20 , 2008

By s/Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant HOMECOMINGS
FINANCIAL, LLC

**EXHIBIT 1**

9\12\08

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PAMELA D. SIMMONS [SBN 160523]<br>LAW OFFICE OF SIMMONS & PURDY<br>2424 PORTER STREET, SUITE 10<br>SOQUEL, CA 95073-2454<br>TELEPHONE NO.: 831.458.0502    FAX NO. (Optional): 831.426.0159<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF, CARLOS PACHECO | FILED<br>JUN 09 2008<br>ALEX CALVO, CLERK<br>BY<br>DEPUTY, SANTA CRUZ COUNTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
STREET ADDRESS: 701 OCEAN STREET, ROOM 110
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA CRUZ, CA 95060
BRANCH NAME: SANTA CRUZ

PLAINTIFF/PETITIONER: CARLOS PACHECO

DEFENDANT/RESPONDENT: HOMECOMINGS FINANCIAL, LLC, et al.

CASE NUMBER: CV 160271

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: CASE MANAGEMENT INFORMATION AND SETTING

3. a. Party served *(specify name of party as shown on documents served)*:
   
   HOMECOMINGS FINANCIAL, LLC

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   
   BECKY DE GEORGE, CORP. SERVICE CO. AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:
   
   2730 GATEWAY OAKS DRIVE SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: MAY 19, 2008  (2) at *(time)*: 1:25 P.M.
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.
      
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

From: JANNEY & JANNEY COURT SERVICES   213 413 8024         06/18/2008 09:28  #541 P.003/005
Case 5:08-cv-03002-JF   Document 9-2   Filed 06/20/2008   Page 3 of 9

JUN-18-2008 10:13A FROM:SANTA CRUZ COUNTY LA 1(831)4572255          TO:12134138024          P.3/5

| PLAINTIFF/PETITIONER: CARLOS PACHECO | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: HOMECOMINGS FINANCIAL, LLC, et al. | CV 160271 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid,
   (1) on (date):                          (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed *Notice and Acknowledgement of Receipt*.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☑ On behalf of (specify): HOMECOMINGS FINANCIAL, LLC
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☑ other: LLC

7. Person who served papers
   a. Name: TERRANCE A. GOLLWITZER, CA PI 14110
   b. Address: 181 FREDERICK STREET  SANTA CRUZ, CA 95060
   c. Telephone number: 831.429.9834
   d. The fee for service was: $ 75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: JUNE 5, 2008

TERRANCE A. GOLLWITZER                              ▶ T. A. Gollwitzer
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

From: JANNEY & JANNEY COURT SERVICES   213 413 8024   06/18/2008 09:28   #541 P.004/005
Case 5:08-cv-03002-JF   Document 9-2   Filed 06/20/2008   Page 4 of 9

JUN-18-2008 10:13A FROM:SANTA CRUZ COUNTY LA 1(831)4572255   TO:12134138024   P.4/5

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DANIEL J. MULLIGAN  SBN# 103129<br>JENKINS, MULLIGAN & GABRIEL, LLP<br>225 BUSH STREET, SIXTEENTH FLOOR<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: 405-982-8500   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): CARLOS PACHECO | ORIGINAL<br><br>FILED<br>JUN 09 2008<br>ALEX CALVO, CLERK<br>BY<br>DEPUTY, SANTA CRUZ COUNTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ<br>STREET ADDRESS: 701 OCEAN STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: SANTA CRUZ, CA 95060<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CARLOS PACHECO | CASE NUMBER.<br>CV 160271 |
| DEFENDANT/RESPONDENT: HOMECOMINGS FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY;MORTGAGEIT, INC A NEW YORK CORPORATION | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): CASE MANAGEMENT INFORMATION AND SETTING

3. a. Party served (specify name of party as shown on documents served): MORTGAGEIT, INC

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   (JUAN DE PABLO) OF CT CORP SYSTEM AGENT FOR SERVICE FOR MORTGAGEIT, INC

4. Address where the party was served: 818 7TH STREET, SUITE 200
   LOS ANGELES, CA 90017

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): MAY 29, 2008   (2) at (time): 10:00 A.M.
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: CARLOS PACHECO | CASE NUMBER: CV 160271 |
|---|---|
| DEFENDANT/RESPONDENT: HOMECOMINGS FINANCIAL, LLC, A DELAWARE | |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:
   (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] other:

7. Person who served papers
   a. Name: SCOTT'S ATTORNEY SERVICE / SCOTT DAY
   b. Address: 1700 ADAMS AVE, SUITE 200., COSTA MESA, CA 92626
   c. Telephone number: 714-979-3241
   d. The fee for service was: $ 75.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [X] owner    [ ] employee    [ ] independent contractor.
         (ii) Registration No.: 1441
         (iii) County: OF ORANGE

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: MAY 29, 2008

SCOTT DAY
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**EXHIBIT 2**



### Actions

Home   Complaints/Parties   **Actions**   Minutes
Pending Hearings   Case Report

## Case CISCV160271 - CARLOS PACHECO V HOMECOMINGS FINANCIAL LLC

[Move To This Date]

| Viewed | Date | Action Text | Disposition |
|---|---|---|---|
|  | 09/12/2008 8:29 AM DEPT. 4 | CASE MANAGEMENT CONFERENCE |  |
|  | 09/12/2008 8:29 AM DEPT. 4 | CASE MANAGEMENT CONFERENCE RE: |  |
|  | 06/18/2008 | FEE TAKEN FOR PHOTOCOPIES. | Not Applicable |
|  | 06/18/2008 | NOTICE FILING OF REMOVAL TO FEDERAL COURT FILED BY HOMECOMINGS FINANCIAL LLC | Not Applicable |
|  | 06/18/2008 | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT FILED BY HOMECOMINGS FINANCIAL LLC | Not Applicable |
|  | 06/09/2008 | PROOF OF SERVICE (PERSONAL) OF SUMMONS AND COMPLAINT OF CARLOS PACHECO SERVED ON HOMECOMINGS FINANCIAL LLC WITH SERVICE DATE OF 05/19/08 | Not Applicable |
|  | 06/09/2008 | PROOF OF SERVICE (PERSONAL) OF SUMMONS AND COMPLAINT OF CARLOS PACHECO SERVED ON MORTGAGEIT INC WITH SERVICE DATE OF 05/29/08 | Not Applicable |
|  | 05/15/2008 | (U) COMPLAINT FILED | Not Applicable |
|  | 05/15/2008 | CASE MANAGEMENT CONF SET ON 9/12/08 AT 8:29 IN DEPT 4 |  |

**EXHIBIT 3**

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
CARLOS PACHECO

## DEFENDANTS
HOMECOMINGS FINANCIAL, LLC; MORTGAGEIT, INC.; and DOES 1-100

(b) County of Residence of First Listed Plaintiff  Santa Cruz
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Daniel J. Mulligan; Jenkins, Mulligan & Gabriel LLP, 225 Bush Street, 16th Floor, San Francisco, California 94104, (415) 982-8500; Pamela Simmons; Simmons & Purdy, 2424 Porter Street, Suite 10, Soquel, California 95073, (831) 464-6884

Attorneys (If Known)

E. Scott Palmer, Frederick A. Haist
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [X] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§1601 et seq.

Brief description of cause:
Violations of the Truth in Lending Act relating to a rescission demand

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".   None known.

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND     [X] SAN JOSE

DATE  6-20-08

SIGNATURE OF ATTORNEY OF RECORD  /s/ Frederick A. Haist