E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.  C 08-03002 JF<br><br>**PROOF OF SERVICE RE: SUPPLEMENT TO NOTICE OF REMOVAL** |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 20, 2008, I deposited in the United States Mail at Los Angeles, California, copies of the following documents:

    1.    Supplement to Notice of Removal of Civil Action Under 28 U.S.C. Section 1441 [Federal Question];

- 1 -
PROOF OF SERVICE

2. Proof of Service Re: Supplement to Notice of Removal.

on the parties to this action as follows:

>Karen A. Braje, Esq.
>
>Reed Smith LLP
>
>2 Embarcadero Center, Suite 2000
>
>San Francisco, CA 94111
>
>Attorneys for Defendant MortgageIt, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20 2007.

*Alice Ramos*
Alice Ramos

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 2 -

PROOF OF SERVICE