E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. C 08-03002 JF<br><br>**PROOF OF SERVICE RE: MOTION TO STRIKE** |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 23, 2008, I deposited in the United States Mail at Los Angeles, California, copies of the following documents:

///

///

- 1 -

PROOF OF SERVICE RE: MOTION TO STRIKE

1. Defendant Homecomings Financial, LLC's Notice of Motion and Motion to Strike Portions of Plaintiff Carlos Pacheco's Complaint [Rule 12(f)];

2. Defendant Homecomings Financial, LLC's Memorandum of Points and Authorities in Support of Motion to Strike Portions of Complaint [Rule 12(f)];

3. [Proposed] Order Striking Portions of Plaintiff Carlos Pacheco's Complaint [Rule 12(f)];

4. Proof of Service Re: Motion to Strike.

on the parties to this action as follows:

> Karen A. Braje, Esq.
> Reed Smith LLP
> 2 Embarcadero Center, Suite 2000
> San Francisco, CA 94111
> Attorneys for Defendant MortgageIt, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23 2008.

_____
Alice Ramos

- 2 -

PROOF OF SERVICE RE: MOTION TO STRIKE