Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Mortgageit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. C08-03002 JF HRL |
| Plaintiff, | [Removal from Santa Cruz County Superior Court, Case No. CV 160271] |
| vs. | **DEFENDANT MORTGAGEIT, INC.S' CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| HOMECOMING FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive, | [Northern District Civil L.R. 3-16] |
| Defendants. | Complaint Filed: May 15, 2008 |

DEFENDANT MORTGAGEIT, INC.'S CERTIFICATION OF NON-PARTY INTERESTED
ENTITIES OR PERSONS

Pursuant to Northern District Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

<u>MortgageIT, Inc.</u>:  MortgageIT, Inc. is a wholly owned subsidiary of MIT Holdings, Inc., which is a wholly owned subsidiary of DB Structured Products, Inc., which is a wholly owned subsidiary of DB U.S. Financial Markets Holding Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly traded corporation.

This certification is made solely to enable the Court to evaluate possible disqualification or recusal.

DATED: June 25, 2008.

REED SMITH LLP

By _____
Karen A. Braje (SBN 193900)
Kristine H. Chen (SBN 239925)
Attorneys for Defendant
MortgageIT, Inc.

DOCSSFO-12518876

- 1 -
DEFENDANT MORTGAGEIT, INC.'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS