Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Mortgageit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOMECOMING FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. C08-03002 JF HRL<br><br>[Removal from Santa Cruz County Superior Court, Case No. CV 160271]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE**<br><br>Complaint Filed: May 15, 2008 |

Defendant MortgageIT's Motion to Strike Damages Allegations came on for hearing on September 5, 2008, at 9:00 a.m. in Courtroom 3 of the above-referenced court.

Pursuant to Federal Rule of Civil 12(f), the Court herby ORDERS as follows:

Defendant MortgageIT's Motion to Strike Damages Allegations is GRANTED.

DATED: _____.

_____
U.S. District Judge
Northern District of California

DOCSSFO-12519441-886831-60012

[PROPOSED] ORDER GRANTING MOTION TO STRIKE