E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. C 08-03002 JF |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive, | |
| Defendants. | |

I, Alice Ramos, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On June 27, 2008, I deposited in the United States Mail at Los Angeles, California, copies of the following documents:

    Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division packet;

1  Proof of Service.
2  on the parties to this action as follows:
3
4  Daniel J. Mulligan, Esq.
5  Jenkins, Mulligan & Gabriel LLP
6  225 Bush Street, Sixteenth Floor
7  San Francisco, CA 94104
8  Attorneys for Plaintiff Carlos Pacheco
9
10 Pamela D. Simmons, Esq.
11 The Law Office of Simmons & Purdy
12 2424 Porter Street, Suite 10
13 Soquel, CA 95073-2454
14 Attorneys for Plaintiff Carlos Pacheco
15
16 Karen A. Braje, Esq.
17 Reed Smith LLP
18 2 Embarcadero Center, Suite 2000
19 San Francisco, CA 94111
20 Attorneys for Defendant MortgageIt, Inc.
21
22 I declare under penalty of perjury under the laws of the United States of
23 America that the foregoing is true and correct.
24 Executed on June 27, 2008.
25
26 *Alice Ramos* (signature)
27 Alice Ramos
28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

PROOF OF SERVICE