1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  CARLOS PACHECO, an individual,        )   Case No. C 08-03002 JF
                                          )
13              Plaintiff,                )
                                          )   **DEFENDANT HOMECOMINGS
14         vs.                            )   FINANCIAL, LLC'S JOINDER IN
                                          )   DEFENDANT MORTGAGEIT,
15  HOMECOMINGS FINANCIAL,                )   INC.'S MOTION TO STRIKE
    LLC, a Delaware limited liability     )   DAMAGE ALLEGATIONS FROM
16  company; MORTGAGEIT, INC., a          )   PLAINTIFF'S COMPLAINT**
    New York corporation; and DOES 1-     )
17  100, Inclusive,                       )   [RULE 12(f)]
                                          )
18              Defendants.               )   DATE:    September 5, 2008
                                          )   TIME:    9:00 a.m.
19                                        )   PLACE:   Courtroom 3
                                          )
20  _____ )   [Complaint Filed: May 15, 2008]

21

22         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that Defendant HOMECOMINGS FINANCIAL,

24  LLC joins with Defendant MORTGAGEIT, INC.'s Motion to Strike Damage

25  Allegations from Plaintiff's Complaint set for hearing on September 5, at 9:00 a.m.,

26  or as soon thereafter as the matter may be heard before Judge Jeremy Fogel, at the

27  United States District Court, Northern District of California, located at 280 South

28  1st Street, San Jose, California 95113. Defendant Homecomings Financial, LLC

1  incorporates, as though set forth herein, the arguments and contents of Defendant
2  MortgageIT, Inc.'s moving and reply papers (if any).
3      This joinder is based upon this joinder, Defendant MortgageIT, Inc.'s notice
4  of motion and motion, its accompanying memorandum of points and authorities, its
5  reply papers (if any), the pleadings and papers on file in this action, and on such
6  further oral and documentary evidence as may be presented at the hearing of this
7  motion.

9  DATED:  July  9 , 2008

11             By   s/Frederick A. Haist
12                  E. SCOTT PALMER
                    FREDERICK A. HAIST
13                  PALMER, LOMBARDI & DONOHUE LLP
                    Attorneys for Defendant HOMECOMINGS
14                  FINANCIAL, LLC