1  JENKINS MULLIGAN & GABRIEL LLP.
   THOMAS A. JENKINS, ESQ. [SBN: 92213]
2  tom@jmglawoffices.com
   DANIEL J. MULLIGAN, ESQ. [SBN: 103129]
3  dan@jmglawoffices.com
   LARRY W. GABRIEL, ESQ. [SBN: 68329]
4  lgabriel@jmglawoffices.com
   78-065 Main Street, Suite 202
5  La Quinta CA 92253
   Telephone: (415) 982-8500
6  Facsimile:  (415) 982-8515

7  THE LAW OFFICE OF SIMMONS & PURDY
   PAMELA D. SIMMONS, ESQ. [SBN: 160523]
8  pamela@pamelaw.com
   WILLIAM J. PURDY, III [SBN: 96027]
9  ronin123@pacbell.net
   2425 Porter Street, Suite 10
10 Soquel CA 95073-2454
   Telephone: (831) 464-6884
11 Facsimile:  (831) 464-6886

12 Attorneys for Plaintiff
   CARLOS PACHECO

13

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17

18
   CARLOS PACHECO, an individual,          Case No.:  C 08-03002 JF
19
                    Plaintiff,
20                                          **PLAINTIFF'S STATEMENT OF NON-**
        vs.                                 **OPPOSITION TO MOTION TO**
21                                          **STRIKE PORTIONS OF COMPLAINT**
   HOMECOMINGS FINANCIAL, LLC,             **OF DEFENDANT HOMECOMINGS**
22 a Delaware limited liability company;   **FINANCIAL, LLC**
   MORTGAGEIT, INC., a New York
23 corporation; and DOES 1-100, Inclusive,  Date:         August 29, 2008
                                            Time:         9:00 a.m.
24                 Defendants.              Courtroom:    3

25                                          Complaint Filed:  May 15, 2008

26

27

28

Plaintiff Carlos Pacheco concedes that the federal Truth-in-Lending Act, 15 U.S.C. sections 1601 *et seq.,* does not allow for the recovery of punitive damages and, accordingly, does not oppose the motion of defendant Homecomings Financial, LLC., to strike plaintiff's punitive damages claim.

July 14, 2008.

Respectfully submitted,

JENKINS MULLIGAN & GABRIEL, LLP.

- and -

LAW OFFICE OF SIMMONS & PURDY

By: /s/ DANIEL J. MULLIGAN

Attorneys For Plaintiff