1  JENKINS MULLIGAN & GABRIEL LLP.
   THOMAS A. JENKINS, ESQ. [SBN: 92213]
2  tom@jmglawoffices.com
   DANIEL J. MULLIGAN, ESQ. [SBN: 103129]
3  dan@jmglawoffices.com
   LARRY W. GABRIEL, ESQ. [SBN: 68329]
4  lgabriel@jmglawoffices.com
   78-065 Main Street, Suite 202
5  La Quinta CA 92253
   Telephone: (415) 982-8500
6  Facsimile:  (415) 982-8515

7  THE LAW OFFICE OF SIMMONS & PURDY
   PAMELA D. SIMMONS, ESQ. [SBN: 160523]
8  pamela@pamelaw.com
   WILLIAM J. PURDY, III [SBN: 96027]
9  ronin123@pacbell.net
   2425 Porter Street, Suite 10
10 Soquel CA 95073-2454
   Telephone: (831) 464-6884
11 Facsimile:  (831) 464-6886

12 Attorneys for Plaintiff
   CARLOS PACHECO

13

14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18
   CARLOS PACHECO, an individual,          Case No.:  C 08-03002 JF
19
                    Plaintiff,
20                                          **PLAINTIFF'S STATEMENT OF NON-**
        vs.                                 **OPPOSITION TO MOTION TO**
21                                          **STRIKE PORTIONS OF COMPLAINT**
   HOMECOMINGS FINANCIAL, LLC,             **OF DEFENDANT MORTGAGEIT**
22 a Delaware limited liability company;
   MORTGAGEIT, INC., a New York            Date:           September 5, 2008
23 corporation; and DOES 1-100, Inclusive,  Time:           9:00 a.m.
                                            Courtroom:      3
24                 Defendants.
                                            Complaint Filed:  May 15, 2008
25

26

27

28

1    Plaintiff Carlos Pacheco concedes that the federal Truth-in-Lending Act, 15 U.S.C. sections

2    1601 *et seq.,* does not allow for the recovery of punitive damages and, accordingly, does not oppose

3    the motion of defendant MortgageIT to strike plaintiff's punitive damages claim.

4

5    July 14, 2008.

6                                    Respectfully submitted,

7

8                                    JENKINS MULLIGAN & GABRIEL, LLP.

9                                    - and -

10                                   LAW OFFICE OF SIMMONS & PURDY

11

12                                   By:  /s/ DANIEL J. MULLIGAN

13

14                                   Attorneys For Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28