1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | CARLOS PACHECO, an individual, | Case No. C 08-03002 JF |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | **RE-NOTICE OF HEARING ON DEFENDANT HOMECOMINGS FINANCIAL, LLC'S MOTION TO STRIKE PORTIONS OF PLAINTIFF CARLOS PACHECO'S COMPLAINT** |
| 14 | HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive, | |
| 15 | | |
| 16 | | [RULE 12(f)] |
| 17 | Defendants. | DATE: September 5, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 3 |
| 18 | | |
| 19 | | [Complaint Filed: May 15, 2008] |
| 20 | | |

21   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22   PLEASE TAKE NOTICE that Defendant Homecomings Financial, LLC

23 ("Homecomings") re-notices its motion to strike a portion of paragraph 2 of the

24 Prayer of Plaintiff Carlos Pacheco's Complaint to be heard on September 5, 2008, at

25 9:00 a.m., or as soon thereafter as the matter may be heard before Judge Jeremy

26 Fogel, at the United States District Court, Northern District of California, located at

27 280 South 1st Street, San Jose, California 95113.

28 ///

Homecomings wishes its motion to be heard on the same day as co-defendant MortgageIT's motion to strike so as to conserve judicial resources and promote efficiency. Plaintiff already has filed his non-opposition so there will be no prejudice.

DATED: August 21, 2008

By  s/Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017