1  JENKINS MULLIGAN & GABRIEL LLP.
   THOMAS A. JENKINS, ESQ. [SBN: 92213]
2  tom@jmglawoffices.com
   DANIEL J. MULLIGAN, ESQ. [SBN: 103129]
3  dan@jmglawoffices.com
   LARRY W. GABRIEL, ESQ. [SBN: 68329]
4  lgabriel@jmglawoffices.com
   78-065 Main Street, Suite 202
5  La Quinta CA 92253
   Telephone: (415) 982-8500
6  Facsimile:  (415) 982-8515

7  THE LAW OFFICE OF SIMMONS & PURDY
   PAMELA D. SIMMONS, ESQ. [SBN: 160523]
8  pamela@pamelaw.com
   WILLIAM J. PURDY, III [SBN: 96027]
9  ronin123@pacbell.net
   2425 Porter Street, Suite 10
10 Soquel CA 95073-2454
   Telephone: (831) 464-6884
11 Facsimile:  (831) 464-6886

12 Attorneys for Plaintiff
   CARLOS PACHECO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.:  C 08-03002 JF<br><br>**PLAINTIFF'S SUPPLEMENTAL STATEMENT OF NON-OPPOSITION TO MOTION TO STRIKE PORTIONS OF COMPLAINT OF DEFENDANT MORTGAGEIT, INC.**<br><br>Date:  September 5, 2008<br>Time:  9:00 a.m.<br>Courtroom:  3<br><br>Complaint Filed: May 15, 2008 |

Plaintiff Carlos Pacheco supplements his prior Statement of Non-Opposition by stating he does not oppose the motion of defendant MortgageIT to strike all of plaintiff's damage claims, including the punitive damages claim.

September 3, 2008.

                              Respectfully submitted,

                              JENKINS MULLIGAN & GABRIEL, LLP.

                              - and -

                              LAW OFFICE OF SIMMONS & PURDY

                              By:  /s/ DANIEL J. MULLIGAN
                                      Attorneys for Plaintiff
                                      CARLOS PACHECO