**E-Filed 9/04/2008**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware Limited Liability Company; MORTGAGEIT, INC., a New York Corporation; and DOES 1-100, Inclusive,<br><br>　　　　　Defendants. | Case Number C 08-03002 JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT<br><br>[re: docket nos. 11, 13, 17-19, 21] |

　　Defendants Homecomings Financial, LLC ("Homecomings") and MortgageIT, Inc. ("MortgageIT") move to strike portions of Plaintiff Carlos Pacheco's Complaint. On June 23, 2008, Defendant Homecomings filed a motion to strike the words "punitive damages" from paragraph 2 in the Prayer to Plaintiff's Complaint. On June 25, 2008, Defendant MortgageIT filed a motion to strike the award of actual, compensatory, statutory and punitive damages from

---

[1] This disposition is not designated for publication in the official reports.

1  paragraph 2 in the Prayer to Plaintiff's Complaint, as well as any other claim for damages stated
2  in the Complaint (*i.e.*, "statutory penalties and other damages" as stated in paragraph 1 of the
3  Complaint).  Shortly thereafter, Defendant Homecomings filed a joinder to incorporate
4  Defendant MortgageIT's motion to strike all damages allegations from Plaintiff's Complaint.
5      In response, Plaintiff filed statements of non-opposition to Defendants' motions.  Because
6  of Plaintiff's non-opposition, the motion hearing scheduled for September 5, 2008 is taken off-
7  calendar pursuant to Civil Local Rule 7-1(b), and IT IS HEREBY ORDERED THAT
8  Defendants' motions to strike all damages allegations from Plaintiff's Complaint are
9  GRANTED.

11  DATED: September 4, 2008

13                                        JEREMY FOGEL
14                                        United States District Judge

Case No. C 08-03002 JF (HRL)
ORDER GRANTING MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT
(JFLC1)

This Order has been served upon the following persons:

Carlos Pacheco
Email: dan@jmglawoffices.com

Daniel Joseph Mulligan
Email: dan@jmglawoffices.com, lgabriel@jmglawoffices.com

Pamela Dawn Simmons
Email: pamela@pamelaw.com

Karen A. Braje
Email: kbraje@reedsmith.com

Frederick Alan Haist
Email: fhaist@pldlawyers.com, aramos@pldlawyers.com, spalmer@pldlawyers.com

Edward Scott Palmer
Email: spalmer@pldlawyers.com, aramos@pldlawyers.com