Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
MortgageIT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. 5:08-cv-03002-JF |
| Plaintiff, | Honorable Jeremy Fogel |
| vs. | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive, | Complaint Filed: May 15, 2008<br>Case Removed: June 18, 2008 |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN THAT** defendant Homecomings Financial, LLC has substituted in as their counsel of record Reed Smith LLP, Two Embarcadero Center, Suite 2000, San Francisco, California 94111, in place of Palmer, Lombardi & Donohue LLP, 888 West 6th Street, 12th Floor, Los Angeles, CA 90017.

DATED: August 22, 2008

PALMER, LOMBARDI & DONAHUE

By: _____
E. Scott Palmer
Frederick A. Haist

Dated: September 17, 2008

REED SMITH LLP

By: _____
Lorenzo Gasparetti
Karen A. Braje
Kristine H. Chen

Defendant Homecomings Financial, LLC consents to this substitution.

Dated: August 25, 2008.

By _____
Name:

Dated: 9/24/08

IT IS SO ORDERED.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT – NORTHERN DISTRICT

DOCSSFO-12524864-KJCHEN

- 1 -
SUBSTITUTION OF ATTORNEY AND ORDER