Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive, <br><br> Defendants. <br><br> MORTGAGEIT, INC., a New York corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> RELC, Inc. dba REAL ESTATE LOAN CENTER, a California corporation, NANCY LINDNER, an individual; PEDRO REYES, an individual, <br><br> Third Party Defendants. | Case No. C08 03002 JF HRL <br><br> Honorable Jeremy Fogel <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION <br><br> Complaint Filed: May 15, 2008 <br> Case Removed:   June 18, 2008 |

Permission is hereby granted for Defendant Homecomings Financial, LLC to participate by telephone in the mediation of this matter scheduled for January 22, 2009 at 9:30 a.m. at the law offices of Reed Smith LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111.

DATED: January 8, 2009

_____
Magistrate Judge Wayne D. Brazil

US_ACTIVE-100906942.1-KJCHEN

- 1 -
[PROPOSED] ORDER