Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
MortgageIT, Inc. and Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:08-cv-03002-JF<br><br>Honorable Jeremy Fogel<br><br>[PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION<br><br>Complaint Filed:  May 15, 2008<br>Case Removed:   June 18, 2008<br>Trial Date:            Not Yet Set |

1  The parties to this action have submitted a Stipulation to extend the deadline to complete
2  mediation. Pursuant to the parties' Stipulation, and good cause appearing, the deadline for the
3  parties to complete mediation is extended from January 30, 2009, to March 30, 2009.
4
5  Pursuant to Stipulation, IT IS SO ORDERED.
6
7  DATED: __1/9__, 2009.
8  _____
   The Honorable Jeremy Fogel
9  U.S. District Court Judge

US_ACTIVE-101005407-KBRAJE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -
[PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

## CERTIFICATE OF SERVICE

Re:   Pacheco v. Homecomings Financial, LLC, et al.
      US District Court for the Northern District of California Case No. 5:08-cv-03002 JF MED

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On January 8, 2009, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**

☒   by transmitting via email to the parties at the email addresses listed below:

| Claudia Forehand   **Via Email**<br>ADR Program<br>U.S. District Court for the Northern District of California<br>Claudia_Forehand@cand.uscourts.gov | Mediator:   **Via Email**<br>Robert L. Maines, Esq.<br>355 Ambar Way<br>Menlo Park, CA 94025<br>Telephone: (650) 321-3355<br>Facsimile: (650) 321-3355<br>maines@robertmaineslaw.com |
|---|---|

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 8, 2009, at San Francisco, California.


Camille A. Hunt