1  Lorenzo Gasparetti (SBN 135976)
   E-mail: lgasparetti@reedsmith.com
2  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
3  Kristine H. Chen (SBN 239925)
   Email: kchen@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269

9

   Attorneys for Defendant/ Third Party Plaintiff
10 MortgageIT, Inc.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. C08 03002 JF HRL |
| Plaintiff, | Honorable Jeremy Fogel |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANT MORTGAGEIT, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |
| HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, inclusive, | Complaint Filed: May 15, 2008<br>Case Removed:   June 18, 2008 |
| Defendants. | |
| MORTGAGEIT, INC., a New York corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| RELC, Inc. dba REAL ESTATE LOAN CENTER, a California corporation, NANCY LINDNER, an individual; PEDRO REYES, an individual, | |
| Third Party Defendants. | |

1  Permission is hereby granted for Defendant MortgageIT, Inc. to participate by telephone in
2  the mediation of this matter scheduled for January 22, 2009 at 9:30 a.m. at the law offices of Reed
3  Smith LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111.

DATED: January 2, 2009

_____
Magistrate Judge Wayne D. Brazil

US_ACTIVE-100906894.1-KJCHEN