**E-Filed 4/29/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL, LLC, a Delaware Limited Liability Company; MORTGAGEIT, INC., a New York Corporation; and DOES 1-100, Inclusive, <br><br> Defendants. <br><br> MORTGAGEIT, INC., a New York Corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> RELC, INC. dba REAL ESTATE LOAN CENTER, a California Corporation; NANCY LINDNER, an individual; and PEDRO REYES, an individual, <br><br> Third Party Defendants. | Case Number C 08-3002 JF (HRL) <br><br> ORDER[1] (1) GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE THIRD PARTY DEFENDANT AND (2) DENYING WITHOUT PREJUDICE *EX PARTE* APPLICATION TO ALLOW SERVICE BY PUBLICATION <br><br> [re: docket no. 54] |

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-03002 JF (HRL)
ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME ETC.
(JFLC1)

1    Defendant and third party Plaintiff MortgageIT, Inc. ("MortgageIT") requests an order
2 allowing for service of the summons and third party complaint on third party Defendant Nancy
3 Lindner ("Lindner") by publication pursuant to Fed. R. Civ. Proc. 4(e)(1) and Cal. Civ. Proc.
4 Code § 415.50.  Alternatively, MortgageIT requests an additional ninety days to serve Lindner.
5    The Court has considered the *ex parte* application and the supporting declaration and
6 exhibits.  Good cause therefor appearing, IT IS HEREBY ORDERED that MortgageIT's request
7 for an extension of time to serve Lindner is GRANTED.  Pursuant to Fed. R. Civ. P. 6(b)(1)(A),
8 MortgageIT shall have an additional ninety (90) days to serve the summons and third party
9 complaint on Lindner.  The request to effect service by publication is DENIED without prejudice
10 to MortgageIT renewing the application after ninety days if it fails to locate Lindner.

IT IS SO ORDERED.

DATED: April 29, 2009

                                JEREMY FOGEL
                                United States District Judge

1 | This Order has been served upon the following persons:

2 | Carlos Pacheco    dan@jmglawoffices.com

3 | Daniel Joseph Mulligan    dan@jmglawoffices.com, lgabriel@jmglawoffices.com

4 | Karen A. Braje    kbraje@reedsmith.com

5 | Kristine Huajean Chen    kchen@reedsmith.com, ccadon@reedsmith.com

6 | Lorenzo Emilio Gasparetti    lgasparetti@reedsmith.com

7 | Pamela Dawn Simmons    pamela@pamelaw.com

3