| | |
|---|---|
| 1 | JENKINS MULLIGAN & GABRIEL LLP. |
| | THOMAS A. JENKINS, ESQ. [SBN: 92213] |
| 2 | tom@jmglawoffices.com |
| | DANIEL J. MULLIGAN, ESQ. [SBN: 103129] |
| 3 | dan@jmglawoffices.com |
| | LARRY W. GABRIEL, ESQ. [SBN: 68329] |
| 4 | lgabriel@jmglawoffices.com |
| | 78-065 Main Street, Suite 202 |
| 5 | La Quinta CA 92253 |
| | Telephone: (415) 982-8500 |
| 6 | Facsimile:  (415) 982-8515 |
| 7 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No.:  C08 03002 JF HRL |
| Plaintiff, | |
| vs. | |
| HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive, | [~~PROPOSED~~] ORDER APPROVING STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |
| Defendants. | |
| MORTGAGEIT, INC., a New York corporation, | |
| Third Party Plaintiff, | |
| vs. | Complaint Filed:  May 15, 2008 |
| | Case Removed:    June 18, 2008 |
| RELC, INC., dba REAL ESTATE LOAN CENTER, a California corporation; NANCY LINDNER, an individual; PEDRO REYES, an individual, | |
| Third Party Defendants. | |

1  Having received and considered the Stipulation of the parties, and good cause
2 appearing therefore, IT IS HEREBY ORDERED that plaintiff Carlos Pacheco may file a
3 First Amended Complaint in this action in the form attached to said Stipulation.
4  Defendant MortgageIT's Third Party Complaint, and all pleadings and orders related
5 thereto, shall be unaffected by this order.

Date: __8/25/09__

_____
JUDGE OF THE DISTRICT COURT
[PROPOSED] ORDER APPROVING STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT    2