REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Lorenzo Gasparetti (SBN 135976)
    E-mail:  lgasparetti@reedsmith.com
2   Karen A. Braje (SBN 193900)
    Email:  kbraje@reedsmith.com
3   Kristine H. Chen (SBN 239925)
    Email:  kchen@reedsmith.com
4   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
5   San Francisco, CA 94111-3922

6   **Mailing Address:**
    P.O. Box 7936
7   San Francisco, CA  94120-7936

8   Telephone:      +1 415 543 8700
    Facsimile:      +1 415 391 8269
9
    Attorneys for Defendant/Third Party Plaintiff
10  MortgageIT, Inc.

                                    **E-Filed 11/5/2009**

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  CARLOS PACHECO, an individual,            Case No. 5:08-cv-03002-JF HRL

                  Plaintiff,                  Honorable Jeremy Fogel
16
        vs.                                   [~~PROPOSED~~] ORDER GRANTING *EX
17                                            PARTE* APPLICATION FOR ORDER
    HOMECOMINGS FINANCIAL, LLC, a             CONTINUING TRIAL DATE, AS WELL
18  Delaware limited liability company;       AS ASSOCIATED DEADLINE FOR
    MORTGAGEIT, INC., a New York corporation; DISPOSITIVE MOTION(S), AND TAKING
19  and DOES 1-100, inclusive,                PENDING MOTION TO DISMISS OFF
                                              CALENDAR BASED UPON
20                Defendants.                 STIPULATION OF THE PARTIES

21  MORTGAGEIT, INC., a New York corporation, **Complaint Filed:**   May 15, 2008
                                              **Case Removed:**      June 18, 2008
22                Third Party Plaintiff,
                                              **Trial Date:**        February 5, 2010
23      vs.

24  RELC, Inc. dba REAL ESTATE LOAN
    CENTER, a California corporation, NANCY
25  LINDNER, an individual; PEDRO REYES, an
    individual,
26
                  Third Party Defendants.
27

28

                          – 1 –                              US_ACTIVE-102566610.1-886831-60012

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Having considered Defendants MortgageIT, Inc.'s ("MortgageIT") and Homecomings

2   Financial, LLC's ("Homecomings Financial") *Ex Parte* Application for Order Continuing Trial

3   Date, as well as Associated Deadline for Dispositive Motion(s), and Taking Pending Motion to

4   Dismiss Off Calendar; the Declaration of Karen A. Braje in support thereof, and the Stipulation to

5   Continuance of Trial Date signed on behalf of Plaintiff Carlos Pacheco ("Plaintiff") as well as the

6   defendants, and GOOD CAUSE APPEARING, the Court orders as follows:

7

8   IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application for Order Continuing the

9   Trial Date and associated deadline for dispositive motion(s) is GRANTED.  The trial date currently

10   set for February 5, 2010, and the associated December 18, 2009, deadline for dispositive motion(s)

11   are hereby VACATED.

12

13   The trial date in this case shall be re-scheduled for _____, 2010.  The

14   associated deadline for dispositive motion(s) is _____, 2010.

15

16   OR

17

18   The Court hereby sets a further Scheduling Conference for <u>December 18</u>, 2009, to set a

19   new trial date.  The parties shall submit a Joint Status Conference Report <u>7</u> days in advance

20   of the Scheduling Conference.

21

22   / / /

23

24   / / /

25

26   / / /

27

28   / / /

US_ACTIVE-102566610.1-886831-60012

[PROPOSED] ORDER

1     IT IS ALSO HEREBY ORDERED that Defendants' Motion to Dismiss currently pending

2 before the Court and set for hearing on November 20, 2009, shall be taken off calendar in light of the

3 anticipated request by Plaintiff to file a Second Amended Complaint.

4

5     IT IS SO ORDERED.

6

DATED:  November 5 , 2009.

7

8

9     _____
      Honorable Judge Jeremy Fogel
      U.S. District Court Judge, Northern District of
10                                            California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER