1  JENKINS MULLIGAN & GABRIEL LLP.
   Thomas A. Jenkins, Esq. [SBN: 92213]
2  tom@jmglawoffices.com
   Daniel J. Mulligan, Esq. [SBN: 103129]
3  dan@jmglawoffices.com
   Larry W. Gabriel, Esq. [SBN: 68329]
4  lgabriel@jmglawoffices.com
   74-770 Highway 111, Suite 201
5  Indian Wells CA 92210
   Telephone: (415) 982-8500
6  Facsimile:  (415) 982-8515

7  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DOES 1-100, Inclusive,<br><br>                    Defendants.<br>_____<br>MORTGAGEIT, INC., a New York corporation,<br><br>                    Third Party Plaintiff,<br><br>    vs.<br><br>RELC, INC., dba REAL ESTATE LOAN CENTER, a California corporation; NANCY LINDNER, an individual; PEDRO REYES, an individual,<br><br>                    Third Party Defendants.<br>_____ | Case No.:  C08 03002 JF HRL<br><br>**[PROPOSED] ORDER APPROVING STIPULATION GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br><br>Complaint Filed:    May 15, 2008<br>Case Removed:     June 18, 2008 |

1  Having received and considered the Stipulation of the parties, and good cause
2  appearing therefore, IT IS HEREBY ORDERED that plaintiff Carlos Pacheco may file
3  a   Second Amended Complaint in this action in the form attached to said Stipulation.
4  Defendant MortgageIT's Third Party Complaint, and all pleadings and orders related
5  thereto, shall be unaffected by this order.

Date: __12/16/09__

_____
JUDGE OF THE DISTRICT COURT