1  JENKINS MULLIGAN & GABRIEL LLP.
   Thomas A. Jenkins, Esq. [SBN: 92213]
2  tom@jmglawoffices.com
   Daniel J. Mulligan, Esq. [SBN: 103129]
3  dan@jmglawoffices.com
   Larry W. Gabriel, Esq. [SBN: 68329]
4  lgabriel@jmglawoffices.com
   10085 Carroll Canyon Road, Suite 210
5  San Diego CA 92131
   Telephone: (415) 982-8500
6  Facsimile:  (415) 982-8515

7  Attorneys for Plaintiff

8  (Additional counsel listed on signature page)

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  CARLOS PACHECO, an individual,           Case No.:  C08 03002 JF HRL

15              Plaintiff,

16      vs.

17  HOMECOMINGS FINANCIAL, LLC,              **ORDER GRANTING
    a Delaware limited liability company;    PLAINTIFF'S REQUEST TO CHANGE
18  MORTGAGEIT, INC., a New York             TIME**
    corporation; and DOES 1-100, Inclusive,
19
                Defendants.
20  _____

21  MORTGAGEIT, INC., a New York corporation,

22          Third Party Plaintiff,

        vs.
23

24  RELC, INC., dba REAL ESTATE LOAN
    CENTER, a California corporation;
25  NANCY LINDNER, an individual;
    PEDRO REYES, an individual,
26
               Third Party Defendants.
27  _____

28

ORDER CHANGING TIMES        1

1	The Court, being fully advised and good cause appearing therefor,
2	IT IS ORDERED that Plaintiff's Request for an Order changing time in which to file his
3	opposition memorandum is granted.
	Plaintiff shall file and serve his opposition no later than June _11__, 2010.
4	Any reply memorandum shall be filed and served no later than June _18__, 2010.
5	The hearing on the motion shall be  set for June _25__, at 9:00 a.m. in this Court.

7	Dated: ___6/9/2010_____.

	_____
	Honorable Jeremy Fogel

28	[1]