REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; and DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for RALI 2005-Q05,<br><br>　　　　Defendants.<br><br>MORTGAGEIT, INC., a New York corporation,<br><br>　　　　Third Party Plaintiff,<br><br>　vs.<br><br>RELC, Inc. dba REAL ESTATE LOAN CENTER, a California corporation, NANCY LINDNER, an individual; PEDRO REYES, an individual,<br><br>　　　　Third Party Defendants. | Case No. 5:08-cv-03002-JF<br><br>Honorable Jeremy Fogel<br><br>[PROPOSED] JUDGMENT<br><br><br>**Complaint Filed:** May 15, 2008<br>**Case Removed:** June 18, 2008<br>**SAC Filed:** December 29, 2009<br>**Trial Date:** January 10, 2011 |

This action came on for hearing on a Motion for Summary Judgment brought by defendants MortgageIT, Inc. ("MortgageIT"), Homecomings Financial, LLC ("Homecomings Financial") and Deutsche Bank Trust Company Americas, as Trustee for RALI 2005-Q05 ("DBTCA") (collectively "Defendants"). The Court held oral argument on the Motion for Summary Judgment on June 25, 2010, at which time it took the matter under submission.

On June 29, 2010, the Court issued its Order Granting Defendants' Motion for Summary Judgment ("Order"), a copy of which is attached hereto as Exhibit A (*See also* Docket No. 127). The Order reflects that the parties presented evidence, that the Court heard arguments and that, after considering the issues, the Court rendered its decision.

Based on the Order and consistent with the findings therein, **IT IS ORDERED AND ADJUDGED** that the Plaintiff Carlos Pacheco ("Plaintiff") take nothing by way of his Complaint and that this action is dismissed on the merits in favor of Defendants.

DATED: 7-15-2010

_____
Judge Jeremy Fogel
U.S. District Court Judge

- 1 -

[PROPOSED] JUDGMENT