**E-Filed 2/3/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS PACHECO, an individual, | Case No. 5:08-cv-03002-JF (HRL) |
| Plaintiff, | ORDER[1] GRANTING *EX PARTE* MOTION TO SHORTEN TIME |
| vs. | |
| HOMECOMINGS FINANCIAL, LLC, a Delaware Limited Liability Company; MORTGAGEIT, INC., a New York Corporation; and DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for RALI 2005-Q05, | [Re: Docket No. 141] |
| Defendants. | |
| MORTGAGEIT, INC., a New York Corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| RELC, INC. dba REAL ESTATE LOAN CENTER, a California Corporation; NANCY LINDNER, an individual; and PEDRO REYES, an individual, | |
| Third Party Defendants. | |

---

[1]     This disposition is not designated for publication in the official reports.

1    Plaintiff Carlos Pacheco ("Pacheco") has filed an *ex parte* application seeking a stay of

2    this Court's July 15, 2010 judgment and an injunction prohibiting foreclosure of his home

3    pending appeal to the Ninth Circuit Court of Appeals.  Because the current stay imposed by the

4    Circuit Court is set to expire on February 4, 2011,[2] Pacheco has asked this Court to shorten time

5    for briefing and hearing on his *ex parte* application.  The application is unopposed.

6         Good cause therefor appearing, Pacheco's request is GRANTED.  The Court concludes

7    that Pacheco's application is appropriate for determination without oral argument and,

8    accordingly, no hearing date will be set for this matter.  *See* Civ. L.R. 7-1(b).

9

10   **IT IS SO ORDERED.**

11

12   DATED: February 3, 2011                    _____

13                                              JEREMY FOGEL
                                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

      [2]  Order issued by the Ninth Circuit Court of Appeals, dated January 14, 2011, granting
28   an injunction prohibiting foreclosure for a period of not more than three weeks from the date of
      order.  Dkt. 141, Exhibit to Plaintiff's *Ex Parte* Application for Order Shortening Time.

Case No. 5:08-cv-03002-JF (HRL)
ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME
(JFLC1)